Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-09-00773-CR

Joe **ARIZOLA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 278088
Honorable Monica Guerrero, Judge Presiding

PER CURIAM

Sitting:  Phylis J. Speedlin, Justice
          Rebecca Simmons, Justice
          Steven C. Hilbig, Justice

Delivered and Filed: February 17, 2010

DISMISSED FOR WANT OF JURISDICTION

On May 27, 2009, appellant was placed on deferred adjudication community supervision for a period of one year. On October 9, 2009, the State filed a motion to enter adjudication of guilt and revoke appellant's community supervision. On October 28, 2009, the trial court entered an order continuing appellant on community supervision, but modifying the terms of appellant's community supervision. Appellant filed a notice of appeal from the trial court's order modifying the conditions

of his community supervision.  This court does not have jurisdiction to consider an appeal from an order altering or modifying the conditions of community supervision.  *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.).  On January 4, 2010, this court issued an order for appellant to show cause on or before January 19, 2010, why this appeal should not be dismissed for lack of jurisdiction. Appellant did not respond.  Accordingly, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH